IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SHERYL CROOKS,** | **09-CV-1448-BR** |
| **Plaintiff,** | **JUDGMENT OF REMAND** |
| **v.** | |
| **MICHAEL J. ASTRUE, Commissioner, Social Security Administration,** | |
| **Defendant.** | |

**BROWN, Judge.**

Based on the Court's Opinion and Order (#25) issued February 15, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 15th day of February, 2011.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND