IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

SHERYL CROOKS,

        Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant.

No. 09-CV-1448-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$6560.33** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See *Astrue v. Ratliff*, ___ U.S. ___ (2010).

Dated: May 12, 2011.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff